# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-2602

_____

United States of America,          *
                                   *
           Appellee,               *
                                   *    Appeal from the United States
      v.                           *    District Court for the
                                   *    Southern District of Iowa.
Mucio Montesinos-Montiel,          *
                                   *         [UNPUBLISHED]
           Appellant.              *

_____

Submitted: April 24, 2006
Filed: April 27, 2006

_____

Before RILEY, MAGILL, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

    With a certificate of appealability granted by the district court,[1] Mucio Montesinos-Montiel appeals the denial of his 28 U.S.C. § 2255 motion. We affirm for the reasons stated by the district court in its thorough and well-reasoned opinion. See 8th Cir. R. 47B.

_____

_____

    [1]The Honorable Ronald E. Longstaff, Chief Judge, United States District Court for the Southern District of Iowa.